**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JOAN SIDOFF and STATE OF
FLORIDA,

      Plaintiffs,

v.                                      Case No: 8:15-cv-906-T-30AAS

GREYSTONE HOME HEALTH
CARE, LLC,

      Defendant.

_____

### ORDER OF DISMISSAL

      Before the Court is the Joint Stipulation for Dismissal (Dkt. #34) and the United

States' Notice of Consent to Dismissal (Dkt. #35).   Upon review and consideration, it is

      **ORDERED AND ADJUDGED** as follows:

      1.      Count I is dismissed with prejudice as to the Plaintiff and without prejudice

as to the United States.

      2.      Counts II and III are dismissed with prejudice.

      3.      The Clerk is directed to close this case.

      **DONE** and **ORDERED** in Tampa, Florida, this 5th day of December, 2016.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record